|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **SEND** |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 08-3000-JFW (Rzx)** | Date: June 30, 2008 |
| Title: | American Opto Plus LED Corp. *-v-* J.W. Speaker Corporation, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE

Defendant's counsel, Theodore E. Bacon and Jeffrey Morris are ordered to show cause, in writing, no later than **July 7, 2008**, why sanctions should not be imposed against them in the amount of $500 each for their failure to appear at the Scheduling Conference on June 30, 2008.

Jeffrey Morris is further ordered to show cause, in writing, no later than **July 7, 2008**, why the Court should not vacate its June 25, 2008 Order Granting Application of Non-Resident Attorney to Appear in a Specific Case.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk  sr

(Rev. 2/15/08)